■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNEDY HOWE, Appellant. [917 NYS2d 855]—

The record establishes that defendant's plea was knowing, intelligent and voluntary, and nothing in the plea allocution minutes casts doubt on his guilt (*see People v Toxey*, 86 NY2d 725 [1995]; *People v Lopez*, 71 NY2d 662 [1988]). Defendant explicitly admitted his guilt of all requisite elements including intent.

At sentencing, defendant made a statement about his psychiatric history that appeared to be a request for leniency or for better psychiatric treatment in prison. However, he did not move to withdraw his plea. In the absence of such a motion, there was nothing to require a sua sponte inquiry by the court into the plea's voluntariness (*see e.g. People v Riley*, 264 AD2d 689 [1999], *lv denied* 94 NY2d 906 [2000]). Furthermore, there is nothing to suggest that defendant was mentally incompetent at the time of his plea or had a viable psychiatric defense to the charges. Concur—Gonzalez, P.J., Tom, Andrias, Renwick and Abdus-Salaam, JJ.